**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7078**

---

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CALVIN FONVILLE, a/k/a Cal,

              Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, Chief District Judge. (2:95-cr-00049-RBS-3)

---

Submitted: October 21, 2014      Decided: October 24, 2014

---

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Calvin Fonville, Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Fonville appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Fonville</u>, No. 2:95-cr-00049-RBS-3 (E.D. Va. July 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>